**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 19, 2015

Mr. Ahmad Rasheed
TDCJ# 1448805
Alfred D. Hughes Unit
Rt. 2, Box 4400
Gatesville, TX 76597

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00532-CR
Tr.Ct.No. 06-1-22216-D
Style:    Ahmad Rasheed v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    377th District Court (DELIVERED VIA E-MAIL)
       Hon. Cathy Stuart, Victoria County District Clerk (DELIVERED VIA E-MAIL)